# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147030

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 147030
                                        COA: 306212
                                        Oakland CC: 2008-221114-FC

ELLIOT LEOTIS PILTON,
      Defendant-Appellant.

_____/

      By order of January 31, 2014, the application for leave to appeal the January 3, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Bynum* (Docket No. 147261). On order of the Court, the case having been decided on July 11, 2014, 496 Mich 610 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



s0922

Clerk